# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

JUDICIAL WATCH, INC; LEADERSHIP INSTITUTE; and
PROJECT VERITAS,

Appellants,

v.

PAUL GRASSFIELD, individually and as Trustee of the Amendment
and Restatement of Trust of Bruce A. Grassfield 2003 Revocable Trust
dated December 14, 2014 as amended on September 2, 2016;
SETH DEMBAR, individually and as Co-Trustee of the Amendment and
Restatement of Trust of Bruce A. Grassfield 2003 Revocable Trust dated
December 14, 2014 as amended on September 2, 2016; VIOLETTA
WOFSEY a/k/a VIOLETTA GRASSFIELD, individually and as named
Successor Trustee of the Bruce A. Grassfield 2003 Revocable Trust, as
restated and amended as of May 7, 2019; MASON GRASSFIELD; and
EVE GRASSFIELD,

Appellees.

No. 2D22-502

———————————————

December 13, 2023

Appeal from the Circuit Court for Manatee County; Diana L. Moreland,
Judge.

Susan J. Silverman, Sarasota, for Appellants.

Kimberly A. Bald and Aaron B. Crittenden of Harlee & Bald, P.A.,
Bradenton, for Appellee Paul Grassfield.

No appearance for remaining Appellees.

LaROSE, Judge.

Affirmed. *See Grassfield v. Grassfield*, No. 2D22-600 (Fla. 2d DCA Dec. 13, 2023).

ATKINSON and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.